IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DANIEL PERRY,

        Plaintiff,                  No. CIV S-05-2552 MCE DAD P

    vs.

CSP CORCORAN, et al.,

        Defendants.         ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a letter that has been construed as a civil rights complaint seeking relief pursuant to 42 U.S.C. § 1983.[1]

        In his letter, plaintiff alleges serious violations of his civil rights by prison staff at CSP Corcoran and California Correctional Institution. The violations occurred in Kern County and Kings County, both of which are part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(b). A civil action that has not been commenced in the proper division of this court may, on the court's own motion, be transferred to the proper division of the court. See Local Rule 3-120(d). This action will therefore be transferred to the Fresno Division of the court.

---

[1] Plaintiff has not filed an application to proceed in forma pauperis or paid the filing fee.

1

Dockets.Justia.com

1   Good cause appearing, IT IS HEREBY ORDERED that:

2   1.  This action is transferred to the United States District Court for the Eastern

3   District of California sitting in Fresno; and

4   2.  All future filings shall reference the new Fresno case number assigned and

5   shall be filed at:

6   United States District Court
    Eastern District of California
7   1130 "O" Street
    Fresno, CA 93721.

8

9   DATED: December 21, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

14   DAD:13:mp
     perr2552.22fn

2